IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WM ORGANIC GROWTH, INC. | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-10-0996 |
| | § | |
| A-HARMONY, LLC AND THOMAS HARMON, | § § § | |
| Defendants. | § | |

## ORDER OF REMAND

For the reasons set out in this court's Memorandum and Order issued today, this case is remanded to the 269th Judicial District Court of Harris County, Texas.

SIGNED on May 25, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge